UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Case No. 3:16-cv-00240-MPS

| | | |
|---|---|---|
| CORINNE ROBERGE , | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ESCALLATE, LLC | | |
| | | |
| Defendant | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

        Respectfully Submitted,
        By:*/s/Raphael Deutch*
        By:  Raphael Deutsch
        301 Highland Avenue
        Waterbury, CT, 06708
        Phone: 203-597-8883
        Fax: 203-753-9347
        rdeutsch@rjalegal.com
        *Attorney for Plaintiff*